## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

In re:  
**Maria Lourdes Tresvant**  
　Debtor

Case No.:  10–20624–JSD  
Judge:  John S. Dalis  

Chapter:  13

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

M. Elaina Massey is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and the case of the above debtor is closed.

　　　　　　　　　　　　　　　John S. Dalis,  
　　　　　　　　　　　　　　　United States Bankruptcy Judge  
　　　　　　　　　　　　　　　801 Gloucester St, 3rd Fl  
　　　　　　　　　　　　　　　Brunswick, GA 31520

Dated: September 8, 2015

*B272 [07/14]*